```
JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax
```

**Attorney for Plaintiff**
**LOIS MARTIN**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| LOIS MARTIN, | No.   2:13-cv-02671-DAD |
| Plaintiff, | |
| | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 6, 2015.

    This is the first extension, but the motion is already overdue.

- 1

Dated: December 29, 2014                             /s/     Jesse S. Kaplan
                                                    JESSE S. KAPLAN
                                                    Attorney for Plaintiff


Dated: December 29, 2014                          /s/ per e-mail authorization

                                                 IN SEON JEONG
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant


## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  January 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\martin2671.stip.eot.ord.docx