BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-02671-DAD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from February 4, 2015 to March 6, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. An extension of time is needed given Defense counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 | Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3 | Dated:  February 3, 2015

Respectfully submitted,
*/s/ Jesse S. Kaplan*
(As authorized via email on 1/30/2015)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated:  February 3, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Jacob M. Mikow*
JACOB M. MIKOW
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  February 3, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
martin2671.stip.eot2.ord.docx