BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-02671-DAD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 6, 2015 to April 6, 2015. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Assistant Regional Counsel In Seon Jeong was assigned to this case and has diligently attempted to complete Defendant's responsive brief in a timely matter. However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a Ninth Circuit brief and high volume of other disability matters.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

|  |  |
|---|---|
| Dated:  February 26, 2015 | Respectfully submitted,<br>/s/ Jesse S. Kaplan_____<br>(As authorized via email on 2/26/2015)<br>JESSE S. KAPLAN<br>Attorney for Plaintiff |
| Dated:  February 26, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ Jacob M. Mikow_____<br>JACOB M. MIKOW<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  February 27, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\martin2671.stip.eot3.ord.docx